PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT
## for
## District of Guam

FILED
DISTRICT COURT OF GUAM
AUG 18 2005 ᵞᵖ
MARY L.M. MORAN
CLERK OF COURT

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Steven J. Leon Guerrero | Case Number: CR 97-00110-002 |

Name of Sentencing Judicial Officer:   Honorable Edward J. Lodge, Designated Judge

Date of Original Sentence:   November 19, 1997

Original Offense:   Access Device Fraud, in violation of 18 U.S.C. §1029 (a)(2)

Original Sentence:   Original Sentence: 12 months and one day imprisonment followed by 3 years of supervised release with conditions that the defendant participate in drug/alcohol aftercare program to include urine testing; participate in an educational/vocational program; submit to search of his home, vehicle and /or person upon demand without a warrant; perform 200 hours of community service; pay a $100 special assessment fee and $60, 450 restitution. On **July 13, 1999, conditions were modified** to add three months of home confinement and no alcohol. On **November 7, 2000, supervised release was revoked for 8 months and 19 days with 24 months and 11 days of supervised release** to follow with additional conditions that he obtain and maintain full-time employment; and pay the balance of $75 of the $100 special assessment fee. **On April 11, 2003, conditions were modified** to include 200 hours of community service and an order to complete 3 months of home confinement with electronic monitoring. On **October 16, 2003, supervised release was revoked for 9 months and 80 days (home confinement balance) with 16 months of supervised release** to follow. Special conditions include participate in drug/alcohol testing and treatment; obtain and maintain employment; perform 200 hours of community service; pay $60,450.00 restitution; and pay $75 special assessment fee balance. **On November 9, 2004, conditions were modified** to require the defendant perform 100 hours of community service at the direction of the U.S. Probation Office.

Type of Supervision:  Supervised Release         Date Supervision Commenced:  September 10, 1998

Assistant U.S. Attorney:  Marivic P. David            Defense Attorney:  Rawlen Mantanona

### PETITIONING THE COURT



[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

**(See attached Declaration in Support of Petition)**

**ORIGINAL**

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

| Reviewed by: | Reviewed by: | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|---|
| ROSSANNA VILLAGOMEZ-AGUON<br>U.S. Probation Officer<br>Supervision Unit Leader<br>Date: Aug. 3, 2005 | MARIVIC P. DAVID<br>Assistant U.S. Attorney<br>Date: 8/5/05 | ROBERT I. CARREON<br>U.S. Probation Officer<br>Executed on: 8-3-2005 |

THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
8/18/2005
Date

RECEIVED
AUG 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

# VIOLATION WORKSHEET

1. Defendant: Steven J. Leon Guerrero
2. Docket Number (Year-Sequence-Defendant No.): 97-00110-002
3. District/Office: Guam
4. Original Sentence Date: 11 / 19 / 97 (month / day / year)

(If different than above):

5. Original District/Office: N/A
6. Original Docket Number (Year-Sequence-Defendant No.): N/A

7. List each violation and determine the applicable grade (see §7B1.1(b))

| Violation(s) | Grade |
|---|---|
| Failure to refrain from the unlawful use of a controlled substance. Meth use on 6/24/05 (admission), 7/6/06 (no admission), 7/11/05 (no admission), and 7/20/05 (admission). Marijuana use on 6/17/05 (admission), 6/24/05 (admission), 6/28/05 (admission). | C |
| Failure to refrain from the use of alcohol on 7/20/05 (admission). | C |
| Failure to report to the probation office as instructed (6/20/05, 6/27/05, 6/29/05, 7/7/05, 7/8/05, 7/22/05, 7/25/05) | C |
| Failure to make restitution and special assessment fee payments (payment agreement signed 3/3/05). | C |
| Failure to obtain and maintain full-time employment (quit job 7/19/05) | C |
| Failure to perform community service (last performed 5/6/05) | C |

8. Most Serious Grade of Violation (see §7B1.1(b)): C
9. Criminal History Category (see §7B1.4(a)): I
10. Range of Imprisonment (see §7B1.4(a)): 3 - 9 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant: Steven J. Leon Guerrero

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | $60,450.00 | Community Confinement | 0 |
    | Fine ($) | 0 | Home Detention | N/A |
    | Other | | Intermittent Confinement | |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 (see §§7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. §3583(e) and §7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 0 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

15. **Official Detention Adjustment** (see §7B1.3(e)): _____ months _____ days

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 97-00110-002 |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION IN SUPPORT OF PETITION |
| vs. ) | |
| ) | |
| STEVEN J. LEON GUERRERO ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Re: Request for a Warrant of Arrest**

I, U.S. Probation Officer Robert I. Carreon, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Steven J. Leon Guerrero and in that capacity declare as follows:

Steven J. Leon Guerrero was sentenced on November 19, 1997 to 12 months and one day imprisonment to be followed by 3 years of supervised release with conditions. His conditions were modified several times during the course of supervision and his release was revoked on two separate occasions, primarily due to drug and alcohol violations. Mr. Leon Guerrero's most recent release from federal custody was on September 4, 2004. His present adjustment under supervised release has been poor. Mr. Leon Guerrero is alleged to have violated the following supervised release conditions:

**Mandatory Condition:** *The defendant shall refrain from any unlawful use of a controlled substance.* Steven Leon Guerrero tested positive for the use of marijuana on **June 17, 2005**; positive for marijuana and methamphetamine use on **June 24, 2005**; and positive for marijuana use on **June 28, 2005**. At each urinalysis appointment, he denied any drug use and the test samples were forwarded for laboratory confirmation. Leon Guerrero failed to report to the U.S. Probation Office for required compliance meetings following each urinalysis violation above (**June 20, 2005; June 27, 2005; and June 29, 2005**). He reported as instructed for compliance meetings on July 5, and 6, 2005, during which time he signed admission forms indicating that he used marijuana on June 14, 2005 (as detected on June 17, 2005 and June 28, 2005), and used methamphetamine on June 22, 2005 (as detected on June 24, 2005). Laboratory results returned confirming marijuana and methamphetamine use on June 24, 2005 and marijuana use on June 28, 2005. Leon Guerrero explained that he had been experiencing some difficulty balancing family responsibilities with his demanding work schedule and resorted to using drugs to cope. He apologized for his violations and acknowledged the consequences of continued drug use.

DECLARATION IN SUPPORT OF PETITION
Request for a Warrant of Arrest
Re:    LEON GUERRERO, Steven J.
USDC Cr. Cs. No. 97-00110-002
August 3, 2005
Page 2

On **July 6, 2005** Leon Guerrero reported for urinalysis and tested positive for methamphetamine use. He denied any drug use and the test sample was forwarded for laboratory confirmation. Leon Guerrero subsequently failed to report to the probation office for a required compliance meeting on July 7, 2005, and failed to contact the probation officer on July 8, 2005 as instructed. Laboratory results received on July 14, 2005 confirmed the use of methamphetamine. Leon Guerrero reported for urinalysis on **July 11, 2005,** and tested positive for methamphetamine use. He denied any drug use, and the test sample was forwarded for laboratory confirmation. Leon Guerrero failed to report to the probation office for the required compliance meeting on July 12, 2005. Results returned on July 22, 2005 confirmed the use of methamphetamine. Leon Guerrero reported for a compliance meeting on **July 20, 2005,** and was asked to submit to urinalysis. He executed a drug use admission form indicating he used alcohol, marijuana, and methamphetamine on **July 19, 2005.** Leon Guerrero was informed that a violation hearing would be requested to address his continuing drug use, and was further instructed to report to the probation officer on July 22, 2005 and July 25, 2005 for intensive compliance monitoring. He failed to report as instructed.

**Standard Conditions:** *The defendant shall follow the instructions of the probation officer.* As outlined above, Steven Leon Guerrero failed to report to the probation office as instructed on **June 20, 27, and 29, 2005; and July 7, 8, 12, 22, and 25, 2005.**

**Special Condition:** *The defendant shall pay $60,450 restitution to the Bank of Guam and the Arkansas Systems, Inc, as originally ordered.* On June 3, 2005, Mr. Leon Guerrero executed a payment agreement form with the U.S. Probation Office agreeing to pay $100 per month towards restitution and his Special Assessment fee. He failed to make any payments, and has offered no explanation for nonpayment.

**Special Condition:** *The defendant shall refrain from the use of alcohol.* As outlined above, Steven Leon Guerrero executed an admission form indicating he consumed alcohol on **July 19, 2005.**

**Special Condition:** *The defendant shall obtain and maintain full-time employment.* Steven Leon Guerrero quit his job with BJ's Quality Services on July 19, 2005 without authorization from the probation office. At the compliance meeting on July 20, 2005, Leon Guerrero stated that he quit the job because he resented his boss telling him what to do. Leon Guerrero also stated that he was dissatisfied with his employer for requiring him to call when he doesn't come to work. He stated that this was unfair when other employees aren't required to call when they miss work.

**Special Condition:** *The defendant shall perform 300 hours of community service.* Steven Leon Guerrero was terminated from the community service program on July 6, 2005, for excessive failures to report. Since his release from federal custody in September 2004 to July 6, 2005, Mr. Leon Guerrero has performed 135 of the 300 hours ordered. He last performed community service on May 6, 2005. The present balance of community service hours is 165.

DECLARATION IN SUPPORT OF PETITION
Request for a Warrant of Arrest
Re: LEON GUERRERO, Steven J.
USDC Cr. Cs. No. 97-00110-002
August 3, 2005
Page 3

**Supervision Compliance:** Mr. Leon Guerrero paid $25 towards the $100 Special Assessment Fee on June 8, 2004 while serving revocation imprisonment. He completed 135 hours of the 300 hour community service order imposed by the Court. He has also attended all required drug treatment counseling sessions.

**Recommendation**: Due to the numerous drug use incidents outlined above, and Mr. Leon Guerrero's failures to report to the probation office for compliance monitoring, it is respectfully recommended that the Court issue a Warrant of Arrest for Steven Leon Guerrero to appear for a hearing to answer or show cause why supervised release should not be revoked pursuant to Title 18, United States Code, Section 3583.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 3rd day of August 2005, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
 Rawlen Mantanona, Defense Counsel
 File