1 stevenleonguerrerowrt

2 LEONARDO M. RAPADAS
United States Attorney
3 FREDERICK A. BLACK
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,  )  Criminal
                           )  ~~MAGISTRATE~~ CASE NO. 97-00110-02
              Plaintiff,   )
                           )
         vs.               )  **WRIT OF HABEAS CORPUS**
                           )  **AD PROSEQUENDUM**
STEVEN J. LEON GUERRERO,   )
                           )
              Defendant.   )
_____)

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that STEVEN J. LEON GUERRERO is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on December 22, 2005, at 9:30 a.m. for an Order to Show Cause why Supervised Release Conditions Should not be Revoked in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce STEVEN J. LEON GUERRERO, before this Court on December 22, 2005 at 9:30 a.m. and whenever necessary

hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**SO ORDERED** this 21st day of December 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: FREDERICK A. BLACK
Assistant U.S. Attorney



RECEIVED
DEC 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM