DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

FILED
DISTRICT COURT OF GUAM
DEC 22 2005
MARY L.M. MORAN
CLERK OF COURT

## CASE NO. CR-97-00110        DATE: December 22, 2005
***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: J. Moton
Court Recorder: Wanda Miles & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:39:50 - 9:44:11           CSO: B. Pereda & J. Lizama

*************************APPEARANCES*****************************

**DEFT: STEVEN LEON GUERRERO**                   **ATTY: RAWLEN MANTANONA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK                        AGENT:

U.S. PROBATION: ROBERT CARREON                   U.S. MARSHAL: R. LUMAGUI & S. LUJAN

INTERPRETER:_____  ( ) SWORN     LANGUAGE:_____
                                   ( ) PREVIOUSLY SWORN
***

**PROCEEDINGS:**
**INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE PROBATION OFFICER
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF
    THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:
( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF
    SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED
( ) PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL
    SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:

The Court appointed Rawlen Mantanona to represent the defendant.

Parties stipulated to the recommended sentence by the U.S. Probation Office. The Court also stated that it will issue its Report and Recommendation to the District Judge.

Courtroom Deputy: _____