
FILED
DISTRICT COURT OF GUAM
DEC 22 2005
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. LEON GUERRERO,<br><br>Defendant. | CRIMINAL CASE NO. 97-00110<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN M. MANTANONA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to August 22, 2005.

Dated this 22ND day of December, 2005.

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**