# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Steven Leon Guerrero,<br><br>　　　　　Defendant. | Case No. 1:97-cr-00110-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order and the Report and Recommendations filed December 22, 2005,* on the dates indicated below:

*U.S. Attorney's Office*　　　*Rawlen Mantanona*
*December 22, 2005*　　　　*December 22, 2005 (Appointment Order)*
　　　　　　　　　　　　　*December 23, 2005 (Report and Recommendations)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order and the Report and Recommendations filed December 22, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 23, 2005　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk