AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

STEVEN J. LEON GUERRERO

**WARRANT FOR ARREST**

Case Number: CR-97-00110-002

FILED
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **STEVEN J. LEON GUERRERO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

(See attached Petition and Violation Report)

in violation of Title __18__ United States Code, Section(s) __3583__

**VIRGINIA T. KILGORE**
Name of Issuing Officer

Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**AUGUST 19, 2005    HAGATNA, GUAM**
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam Dept. of Corrections

| DATE RECEIVED 8/19/05 | NAME AND TITLE OF ARRESTING OFFICER John M Curry  CZD USM  D/Guam | SIGNATURE OF ARRESTING OFFICER  CZD USM D/Guam |
|---|---|---|
| DATE OF ARREST 12/20/05 | | |

AO 442     (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____