FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN J. LEON GUERRERO,<br><br>Defendant. | CRIMINAL CASE NO. 97-00110<br><br>**ORDER**<br><br>**Setting Dispositional Hearing Date** |

Pursuant to the Report and Recommendation of the Court, to which there has been no timely objection, all parties shall appear for Dispositional Hearing on February 8, 2006 at 9:45 a.m. before the Honorable Judge Larry Alan Burns.

DATED this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL