# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Steven J. Leon Guerrero,<br><br>    Defendant. | Case No. 1:97-cr-00110-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Dispositional Hearing Date filed January 30, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen Mantanona* | *U.S. Probation Office* |
|---|---|---|
| *January 31, 2006* | *January 31, 2006* | *January 31, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Dispositional Hearing Date filed January 30, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 1, 2006           /s/ Leilani R. Toves Hernandez
                                 Deputy Clerk