# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
FEB - 8 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-97-00110**          **DATE: February 8, 2006**

HON. LARRY ALAN BURNS, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 11:01:33 - 11:05:07

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. McDonald / J. Lizama

**************************APPEARANCES**************************

**DEFT:** STEVEN LEON GUERRERO
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

**ATTY:** RAWLEN MANTANONA
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK               AGENT:

U.S. PROBATION: ROBERT CARREON          U.S. MARSHAL: S. LUJAN

**PROCEEDINGS:**

## DISPOSITION HEARING / SENTENCING

(  ) ALLEGATIONS STATED BY THE PROBATION OFFICER
(  ) ARGUMENT BY THE GOVERNMENT/(  ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
(  ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
(  ) DEFENDANT DENIES THE ALLEGATIONS
(  ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:
(  ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
(X) REVOCATION OF SUPERVISED RELEASE IS GRANTED.

(  ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
(  ) CONDITIONS MODIFIED
(  ) PROCEEDINGS CONTINUED TO: _____
(  ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) **NOTES:**

The Court accepted the Report and Recommendation.

Defendant was sentenced to three months imprisonment with no supervised release to follow.

Courtroom Deputy: 

Case 1:97-cr-00110   Document 83   Filed 02/08/2006   Page 1 of 1