# UNITED STATES DISTRICT COURT

District of     **GUAM**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **STEVEN J. LEON GUERRERO** | Case Number:    CR-97-00110 |
| | USM Number:    01431-093 |
| | <u>RAWLEN MANTANONA, COURT APPOINTED</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)    **SEE BELOW**    of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | Failure to refrain from the use of a controlled substance | |
| | Failure to refrain from the use of alcohol | |
| | Failure to report to the probation office as instructed | |
| | Failure to make restitution and special assessment fee payments | |
| | Failure to maintain obtain and maintain full-time employment | |
| | Failure to perform community service | |
| | Defendant shall not commit another federal, state, or local crime | |

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 21 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   XXX-XX-8503 | <u>February 8, 2006</u><br>Date of Imposition of Judgment |
| Defendant's Date of Birth:   XX-XX-1978 | *Larry A. Burns* (signature)<br>Signature of Judge |
| Defendant's Residence Address:<br>DEDEDO, GUAM | **LARRY ALAN BURNS, DESIGNATED JUDGE**<br>Name and Title of Judge |
| | 2-18-06<br>Date |
| Defendant's Mailing Address:<br>P.O. BOX 21405<br>GMF, BARRIGADA, GU 96921 | |

**ORIGINAL**

DEFENDANT:     STEVEN J. LEON GUERRERO
CASE NUMBER:   CR-97-00110-002

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | Failure to notify the probation officer within 72 hours of being arrested | |

DEFENDANT: STEVEN J. LEON GUERRERO
CASE NUMBER: CR-97-00110-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**THREE MONTHS**

X The court makes the following recommendations to the Bureau of Prisons:
For the defendant to be allowed to serve his term of imprisonment on Guam.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL