# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>vs.<br><br>Steven J. Leon Guerrero,<br><br>            Defendant. | Case No. 1:97-cr-00110-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment (for Revocation of Probation or Supervised Release) and the Notice of Entry filed February 21, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Rawlen Mantanona* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 22, 2006* | *February 21, 2006* | *February 22, 2006*<br>*(Judgment only)* | *February 23, 2006*<br>*(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment (for Revocation of Probation or Supervised Release) and the Notice of Entry filed February 21, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 23, 2006                              /s/ Leilani R. Toves Hernandez
                                                                          Deputy Clerk