ORIGINAL

LEONGUERREO_M.pet

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LEON GUERRERO,<br><br>    Defendant. | CRIMINAL CASE NO. 97-00110<br><br>PETITION TO CHANGE<br>RESTITUTION RECIPIENT<br>PAYEE NAME |

<u>PETITION</u>

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order changing the payee name of the restitution recipient from Arkansas System, Inc. to Euronet USA, Inc. *nunc pro tunc* to April 19, 2002 in the above entitled case and in support hereof, states as follows:

1. On February 5, 2004, an Amended Judgment in a Criminal Case was filed by this Court against Defendant STEVEN LEON GUERRERO. Among other things, restitution in the amount of $31,250.00 was ordered to be paid to Arkansas Systems, Inc.

//
//
//

2. On April 18, 2002, our office received a response in U.S. vs. Melvin Leon Guerrero, Criminal Court No. 97-00026, whose case is jointly and severally liable to U.S. vs. Steven Leon Guerrero, Criminal Court No. 97-00110, from the restitution recipient that their name changed on February 9, 2001. See attachment A.

WHEREFORE, the United States of America respectfully requests that this Court enter an order changing the restitution recipient payee from Arkansas System, Inc. to Euronet USA, Inc. *nunc pro tunc* to April 19, 2002.

DATED this  4th  day of  June , 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Victim Restitution Confirmation/Assignment
RE: United States vs. Melvin Leon Guerrero, Criminal Court No. 97-00026

**RETURN TO:** UNITED STATES ATTORNEY'S OFFICE
ATTN: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

---

____ The address listed below is correct.

Arkansas Systems, Inc.
17500 Chenal Parkway
Little Rock, AR 72211

RECEIVED APR 19 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM

---

√ The address is incorrect. Please forward to the following address:

Euronet USA, Inc.
Euronet Worldwide
17300 Chenal Parkway
Little Rock, AR
72223-9138 USA

Name changed on Feb 9, 2001
See attached.

---

My tax identification number/social security number is ___71-0475915___

*With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this Restitution Confirmation / Assignment is submitted by me to effect action by the U.S. Department of Justice, I certify that I believe the above statement is true.*

(LEGAL SIGNATURE)

Name, Title and Contact Number (Please Print)
Larry Templeton
Finance Mgr
501 218 7300

---

____ I (we) elect to assign the restitution ordered to be paid to the Federal Crime Victim's Fund. By my signature below I certify that I have the authority to make this assignment.

(LEGAL SIGNATURE)

# STATE OF ARKANSAS

## SECRETARY OF STATE



*Sharon Priest*
SECRETARY OF STATE

*To All to Whom These Presents Shall Come, Greetings:*

*I, Sharon Priest, Secretary of State of Arkansas, do hereby certify that the following and hereto attached instrument of writing is a true and perfect copy of*

### Certificate of Amendment
### OF
### ARKANSAS SYSTEMS, INC.

### Changing Name to
### EURONET USA INC.

FILED IN THIS OFFICE:

February 9, 2001



*In Testimony Whereof, I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 9th day of February 2001.*

*Sharon Priest*
Secretary of State