GUD NT ENT (8/05)

**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN LEON GUERRERO,<br><br>        Defendant. | Case No. 1:97-cr-00110-002 |

## NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Second Amended Judgment in a Criminal Case, filed July 25, 2007*
*(Redacted and Unredacted Versions)*
*Date of Entry: July 25, 2007*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** July 25, 2007

                                                                                       Clerk of Court:

                                                                                       **Mary L.M. Moran**