1 | **LeonGuerrero_S.taxgar1**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | JESSICA F. CRUZ
Assistant U.S. Attorney
4 | MIKEL W. SCHWAB
Assistant U.S. Attorney
5 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 | Hagåtña, Guam 96910
TEL: (671) 472-7332
7 | FAX: (671) 472-7215

8 | Attorney's for United States of America

9 |

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE DISTRICT OF GUAM

12 |

13 | UNITED STATES OF AMERICA,   )    CRIMINAL CASE NO. 97-00110
)
14 |          Plaintiff,   )
)
15 |       vs.   )    **APPLICATION FOR WRIT**
)    **OF GARNISHMENT**
16 | STEVEN LEON GUERRERO,   )
)
17 |         Defendant.   )
_____)

18 |

19 | APPLICATION FOR WRIT OF GARNISHMENT

20 |      The United States of America, plaintiff, makes application in accordance with 28 U.S.C.

21 | § 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the

22 | judgment entered against the Defendant-Judgment Debtor STEVEN LEON GUERRERO, whose

23 | last known mailing address is: P.O. Box XXXXX, GMF, Guam 96921, (hereinafter "Debtor"),

24 | in the above cited action for the sum of $60,550.00 which includes a $100.00 special assessment

25 | fee and restitution in the amount of $60,450.00.

26 |      There is a balance of $94,454.97, as of April 29, 2008 ($60,387.37 principal +

27 | $34,067.60 int. to 4/29/2008).

28 | //

1    Demand for payment of the above-stated debt was made upon the debtor not less than 30

2  days and the Debtor has failed to satisfy the debt.

3    The Garnishee is believed to have possession of property (including nonexempt

4  disposable earnings) in which Defendant-Judgment Debtor STEVEN LEON GUERRERO has a

5  substantial nonexempt interest.

6    The names and address of the Garnishees or his authorized agents is:

7    Department of Revenue & Taxation
     Attn.:  Artemio B. Ilagan, Director
8    P.O. Box 23607
     GMF, Guam 96921

9

10   DATED this 30th day of April, 2008.

11

12                                                   LEONARDO M. RAPADAS
                                                     United States Attorney
                                                     Districts of Guam and the NMI
13

14
                                          By:    /s/ Jessica F. Cruz
15                                               JESSICA F. CRUZ
                                                 Assistant U.S. Attorney
16                                               Jessica.F.Cruz@usdoj.gov
                                                 MIKEL W. SCHWAB
17                                               Assistant U.S. Attorney
                                                 mikel.schwab@usdoj.gov
18

19

20

21

22

23

24

25

26

27

28

- 2 -