**LeonGuerrero_S.TaxGarSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00110 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| STEVEN LEON GUERRERO, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
|   AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

I hereby certify that on **April 30, 2008**, I electronically filed **Application for Writ of Garnishment** and on **May 13, 2008**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed copies of the following: **Application for Writ of Garnishment, Order Granting**

//

//

**Approval for the District Court Clerk to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant by mail at his last known address and to the garnishee by personal service on **May 13, 2008**.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

DATED: 05/23/08                 By:    /s/ Jessica F. Cruz
                                                    JESSICA F. CRUZ
                                                    Assistant U.S. Attorney
                                                    Jessica.F.Cruz@usdoj.gov
                                                    MIKEL W. SCHWAB
                                                    Assistant U.S. Attorney
                                                    mikel.schwab@usdoj.gov